```
FILED ____ LODGED
RECEIVED ____ COPY

JAN 2 4 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Amanda Patricia Bossinghman,<br><br>　　　　Defendant. | CR 02-477-PHX-MHM<br><br>**ORDER** |

　　This Court has received Defendant's Notice of Motion and Motion to Continue the First Court Appearance/Arraignment scheduled for January 22, 2003.

　　**IT IS ORDERED granting** Defendant's Motion and resetting the Initial Appearance and Arraignment from January 22, 2003 to **Wednesday, January 29, 2003 at 10:45 a.m. before U. S. Magistrate Judge Virginia A. Mathis, Courtroom 303.**

　　The Court has confirmed with this Court's Attorney Admissions Clerk that as of the writing of this Order, defense counsel have not made a proper Appearance herein and have failed to apply to the court for Pro Hac Vice Admission pursuant to Local Rule 1.5(b)(3). Counsel are hereby placed on notice that sanctions may be imposed for failure to comply with this district's Local Rules.  See, LR 1.5(f)(d).

1  **IT IS FURTHER ORDERED** that California counsel for Defendant comply with
2  the Rules of this Court and shall properly apply to this Court for Pro Hac Vice Admission
3  prior to the January 29th Initial Appearance/Arraignment.
4      DATED this 21st day of January, 2003.

                                          Lawrence O. Anderson
                                         United States Magistrate Judge

- 2 -