**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Phoenix**

**MAGISTRATE JUDGE'S MINUTES**

DATE: 2/5/2003   CASE NUMBER: CR 02-00477-001-PHX-MHM

☒ FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 0 6 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

USA vs. Amanda Patricia Bossingham

U.S. MAGISTRATE JUDGE: VIRGINIA A. MATHIS   #: 70BF

A.U.S. Attorney Tim Holtzen    INTERPRETER _____
LANGUAGE _____

Attorney for Defendant Douglas Passon (AFPD)

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☒ RELEASED IN CALIFORNIA

___ DOA   ☐ Initial Appearance   ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken   ☐ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held   ☐ Con't   ☐ Submitted   ☐ Reset
Set for:
Before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
   ☐ Flight risk   ☐ Danger

**ARRAIGNMENT HEARING:**
☒ Held   ☐ Con't   ☐ Reset
Set for:
Before:

Plea of NOT guilty entered to Counts all pending.

DATE OF MOTION DEADLINE: 15 days

Defendant bound over to U.S.D.C. for trial on 4/1/03 at 9:00 AM in Courtroom 505 before JUDGE MURGUIA

**STATUS HEARING RE:** Set for   before

Other: Determination of counsel hearing was held.

RECORDED: Cass. CS
BY: Lynne Scott
Deputy Clerk



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on February 6, 2003
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code_UYDKSWvahvf_