IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES-MOTIONS

Phoenix/Prescott Division

| X | FILED | ___ | LODGED |
| --- | --- | --- | --- |
| ___ | RECEIVED | ___ | COPY |

AUG 1 1 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

<u>2:02</u>   <u>477</u>   <u>1</u>         DATE: <u>8-11-03</u>
Year  Case No.  Dft #

HON: <u>Mary H. Murguia</u>         Judge #<u>7027</u>

USA v. <u>Bossingham, Amanda Patricia</u>
       Last Name    First Name    Middle Name
DEFENDANT: ____ Present  <u>X</u> Not Present  <u>X</u> Released ____ custody ____ Writ

Deputy
Clerk: <u>Grace Ochoa</u>         Crt Rptr/ECR <u>Merilyn Sanchez</u>

U.S Atty: <u>Daniel Drake</u>

Dft Atty: <u>Douglas Passon    (fpd)</u>

Intrptr:_____ Language:_____

==================================================================
____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
     B/W issued.
**PROCEEDINGS:**    <u>X</u> Open Court    ____ Chambers    ____ Other

Status hearing held. Parties advise the court that this matter should resolve prior to the trial date of 9/23/03.

Excludable delay purs to 18:3161_____ to commence on_____ and terminate on_____

cc:

Cr/Mot #8 1/1/94