IN E UNITED STATES DISTRICT C RT
FOR THE DISTRICT OF ARIZONA

Phoenix Division          CRIMINAL MINUTES (PLEA)

2:02  477     1            DATE: 11-6-03
Year  Case No.  Dft #

HON: MARY H. MURGUIA           Judge # 7027

X FILED ___ LODGED
___ RECEIVED ___ COPY
NOV - 6 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

USA v. Bossingham, Amanda Patricia
       Last Name    First Name    Middle Initial

DEFENDANT: X Present ___Not Present   X Released ___Custody ___Writ

Deputy Clerk: Grace Ochoa       Court Reporter/ECR David Lee

U.S.Atty: Daniel Drake          Dft Atty: Douglas Passon

                                X FPD ___ CJA ___ RETAINED

Intrptr: _____       Language: _____
=====================================================================
___ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
    B/W issued.

PROCEEDINGS: ___ARRAIGNMENT/PLEA  X CHANGE OF PLEA ___RULE 20 ___SEALED

___ WAIVER OF INDICTMENT                    ___ INFORMATION

Dft states true name: _____      Deft Sworn: X

Dft enters: X GUILTY PLEA to: Count Eight

        Lesser offense: _____

PLEA AGREEMENT: X LODGED ___FILED ___SEALED.

        X Guideline case.    ___Non-guideline case.

SENTENCING SET FOR THIS DATE: January 20, 2004 at 2:00PM    SEALED: ___

TO BE DISMISSED AT SENTENCING: _____

X  ORDER vacate trial date/motion hearings/motions moot.

X  ORDER defendant remain released pending sentencing.

___ ORDER remanded to custody of U.S. Marshal pending sentencing.

OTHER: _____


cc: Probation

CR FORM #1-PLEA