DATE: 6/15/2004          CASE NUMBER: CR 02-00477-001-PHX-MHM

Hon. MARY H. MURGUIA, United States District Judge #: 7027

USA vs. AMANDA PATRICIA BOSSINGHAM

DEFT: ☒ PRESENT   ☐ NOT PRESENT   ☒ Released

☒ FILED   ☐ LODGED
☐ RECEIVED   ☐ COPY

JUN 1 7 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Deputy Clerk Grace Ochoa              Crt Rptr/ECR: Merilyn Sanchez
A.U.S. Attorney Daniel R. Drake       Interpreter_____
                                      Language_____
Attorney for Defendant Douglas A. Passon (AFPD)

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

### JUDGMENT   [SENTENCE]

☐ Defendant is placed on probation for a period of _____
  on Cts(s) _   ☐ with supervision   ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of 14 Months on Cts(s) Eight

☒ Supervised release term of 36 Months by law on Ct(s) Eight

☐ Fine of $ on Ct(s) Eight                        TOTAL FINE $

☐ Restitution of $36,294.95 ordered pursuant to 18 U.S.C. 3596

☒ Special Assessment of $100.00 pursuant to 18 U.S.C. 3013 on Ct(s) Eight

☒ On Motion of U.S. Atty: Ct(s) all remaining counts are dismissed

☐ Order bond exonerated      ☐ Bond exonerated upon surrender to USM

☒ Dft advised of right to appeal   ☐ Appeal bond set at $_____

☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☐ The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.

☐ Other:_____

