# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. CR-02-0477-001-PHX-MHM |
| ) | |
| ) | |
| Amanda Bossingham ) | |

**WAIVER AND ORDER**

Amendment of Release Conditions

```
[X] FILED   ___ LODGED
___ RECEIVED   ___ COPY

      JAN 2 6 2005

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

I recognize I have a statutory right under 18:3145, 3148(b), and Federal Rules of Criminal Procedure, Rule 44, to assistance of counsel and a hearing before my Pretrial Release conditions are amended.

I hereby voluntarily waive my statutory right to a hearing and agree to the following amendment of my release conditions:

1. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon or ammunition.

2. The defendant shall refrain from any use of alcohol and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC 802 unless prescribed by a licensed medical practitioner. The defendant shall submit to drug and/or alcohol treatment, not limited to urine drug testing and breathalyzer tests, at the discretion of Pretrial Services. The defendant shall make a copayment directly to the agency contracted by Pretrial Services to provide any required counseling or drug testing, in an amount to be determined by Pretrial Services, not to exceed the total cost of services rendered, each month until these services are terminated.

_____     _____  1/24/05
Daniel R. Drake                Douglas A. Passon
Assistant U.S. Attorney/Date   Defense Counsel/Date

_____ 1/24/05      _____ 1/24/05
Amanda Bossingham              Greg Celaya
Defendant/Date                 U.S. Pretrial Services Officer Assistant/Date

### ORDER OF THE COURT

Considered and ordered this
24th day of Jan, 2005,
and ordered filed and made a part
of the records in the above case.

_____
The Honorable Mary H. Murguia
U.S. District Judge

