✎PS 40
(Rev. 6/05)

# UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

**FROM:** U.S. District Court, District of Arizona
401 W. Washington Street, Ste. 130
Phoenix, Arizona 85003

☐ **Original Notice**
**Date:**
**By:**

☒ **Notice of Disposition**
**Date:** 4/8/09
**By:** Joanna Rosales, Deputy Clerk

---

Defendant: Amanda Patricia Bossingham
Date of Birth: 1973
SSN: Unknown

Case Number: CR 02-00477-1-PHX-MHM
Place of Birth: Utah

---

**Notice of Court Order** (Order Date: _____ )

☐ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☐ The above-named defendant surrendered Passport Number _____ to the custody of the U.S. District Court on _____ .

---

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court