AO 442 (Rev.5/93) Warrant for Arrest

United States District Court
District of Arizona

UNITED STATES OF AMERICA

vs

Amanda Patricia Bossingham

WARRANT FOR ARREST

CASE NUMBER: CR 02-477 PHX MHM

[Stamp: FILED / RECEIVED MAY 24 2010 CLERK US DISTRICT COURT DISTRICT OF ARIZONA BY ___ DEPUTY]

[Stamp: RECEIVED U.S. MARSHALS SERVICE '02 MAY -9 15:27 DISTRICT OF ARIZONA]

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST** Amanda Patricia Bossingham

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) INDICTMENT  ( )Information  ( )Complaint  ( )Order of Court  ( )Probation Violation Petition

charging him or her with (brief description of offense)

   18 :1344 (Bank Fraud) Counts 1-2
   18:1014 (False Statements to a Bank) Counts 3-4
   18:1028(a)(7) (Theft Identity) Counts 5-6
   42:408(a)(7)(B) (Misuse of Social Security Number) Counts 7-8

| | |
|---|---|
| RICHARD H. WEARE<br>Name of Issuing Officer<br><br>_[signature]_<br><br>By S. Turner, Deputy Clerk | CLERK OF COURT/DCE<br>Title of Issuing Officer<br><br>May 9, 2002 at Phoenix AZ<br>Date and Location |

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at:<br>Santa Monica, CA |

| Date Received<br>5-9-02 | Name and Title of Arresting Officer<br>_[signature]_<br>U.S.S.S | Signature of Arresting Officer<br>_[signature]_ |
|---|---|---|
| Date of Arrest<br>10-10-02 | | |