658310

United States District Court
District of Arizona

UNITED STATES OF AMERICA

vs

Amanda Patricia Bossingham

FILED ___ LODGED
RECEIVED ___ COPY

MAY 24 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

WARRANT FOR ARREST
RECEIVED
U.S. MARSHALS SERVICE
'02 MAY -9 15:27

CASE NUMBER: CR 02-477 PHX MHM

DISTRICT OF ARIZONA

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST**   Amanda Patricia Bossingham

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) INDICTMENT   ( )Information   ( )Complaint   ( )Order of Court   ( )Probation Violation Petition

charging him or her with (brief description of offense)

18 :1344 (Bank Fraud) Counts 1-2
18:1014 (False Statements to a Bank) Counts 3-4
18:1028(a)(7) (Theft Identity) Counts 5-6
42:408(a)(7)(B) (Misuse of Social Security Number) Counts 7-8

| RICHARD H. WEARE | CLERK OF COURT/DCE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ [signature] | May 9, 2002 at Phoenix AZ |
| By S. Turner, Deputy Clerk | Date and Location |

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: Santa Monica, CA |

| Date Received 5-9-02 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 10-10-02 | [illegible] U.S.S.S | [signature] |